IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KRISTIE SHERREL WIGGINS                                          PLAINTIFF

v.                              Civil No. 4:26-cv-04044

DOMATAR                                                          DEFENDANT

## ORDER

The Court has previously entered an order allowing Plaintiff to proceed *in forma pauperis* ECF No. 6. The matter of service was to be determined at a later date. *Id.* The Court now **GRANTS** Plaintiff's Motion for Service (ECF No. 4) and directs the U.S. Marshal to serve a copy of the Complaint filed on June 4, 2026 (ECF No. 2) and a copy of this order on Defendant by serving the Defendant at the following address:

DOMTAR
285 US 71 South
Ashdown, AR. 71822

without prepayment of fees and costs or security thereof. Defendant is ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

**IT IS SO ORDERED this 8th day of June 2026.**

/s/*Spencer G. Singleton*
HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE

1